Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TIMOTHY SNOW,

Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON a foreign corporation; ARIA RESORT & CASINO, LLC; LEANDRE WHARTON; DOES I through V; and ROE BUSINESS ENTITIES VI through X,,

Defendants.

Case No. ___________________________

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendant Lincoln Life Assurance Company of Boston ("Lincoln") files this Disclosure Statement and Certificate of Interested Persons pursuant to FRCP 7.1 and Local Rule 7.1-1 and shows the Court as follows:

**DISCLOSURE STATEMENT**

1. Effective October 1, 2021, **Lincoln Life Assurance Company of Boston** has merged with **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of the Lincoln National Corporation, a publicly held corporation.

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned attorney of record for Defendant certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. Timothy Snow
4. Aria Resort & Casino, LLC
5. Leandre Wharton

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 4th day of March 2022.

LAW OFFICE OF GEORLEN K. SPANGLER

By: *_/s/ Georlen Spangler_*
Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant Lincoln Life Assurance Company of Boston*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March 2022, pursuant to Special Order #109, the following counsel of record registered for the CM/ECF system have been served with the foregoing **DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS** by electronic means:

Craig Slater, Esq.
Law Office of Craig D. Slater
8987 W. Flamingo Road, Ste 100
Las Vegas, NV 89147
Email: cslater@luhlaw.com
*Attorneys for Plaintiff*

/s/ Tami J. Reilly
a representative of
LAW OFFICE OF GEORLEN K. SPANGLER