**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TIMOTHY SNOW

Plaintiff(s),

vs.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, ET AL

Defendant(s).

Case #2:22-cv-00405

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Iwana Rademaekers (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Law Offices of Iwana Rademaekers, P.C. (firm name)

with offices at 17304 Preston Road, Suite 800 (street address),

Dallas (city), Texas (state), 75252 (zip code),

214-579-9319 (area code + telephone number), iwana@rademaekerslaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Lincoln Life Assurance Company of Boston [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 05/06/1988 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC for the Northern District of Texas | 11/07/1988 | |
| USDC for the Eastern District of Texas | 05/21/1998 | |
| USDC for the Western District of Texas | 09/02/1998 | |
| USDC for the Southern District of Texas | 09/11/1998 | 22781 |
| USDC Eastern/Western Districts of Arkansas | 05/22/1998 | |
| USDC for the Western District of Oklahoma | 08/13/2013 | 13-130 |
| See attached for additional courts of admission | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| May 18, 2020 | 2:20-cv-00690 | U.S.D.C., District of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF Texas )
COUNTY OF Dallas )

Iwana Rademaekers, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

3rd day of March, 2022.

Notary Public or Clerk of Court

NOTARY PUBLIC STATE OF TEXAS
SANDRA ACKER
ID #128254128
My Commission Expires
April 29, 2022

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Georlen Spangler (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Law Office of Georlen K. Spangler, 2620 Regatta Drive, Suite 102,
(street address)

Las Vegas, (city) Nevada, (state) 89128, (zip code)

702-381-5830, (area code + telephone number) spanglerlaw@outlook.com. (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Georlen Spangler as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

(party's signature)

By: Paula J. McGee, Assist. Vice President, Senior Counsel
(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

| | |
|---|---|
| 3818 | spanglerlaw@outlook.com |
| Bar number | Email address |

APPROVED:

Dated: this ______ day of ________________, 20___.

UNITED STATES DISTRICT JUDGE

Pro Hac Vice Petition, Continuation Sheet

4. Courts Admitted Cont'd

| TITLE OF COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| U.S.D.C., District of Colorado | 01/14/2002 | |
| U.S.D.C., Western District of Tennessee | 12/02/2019 | |
| U.S.D.C., District of North Dakota | 01/02/2020 | |
| USDC, District of New Mexico | 07/31/2020 | 20-169 |
| USDC, Eastern District of Wisconsin | 09/07/2021 | |
| USDC, Western District of Wisconsin | 11/05/2021 | |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1998 | |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/2002 | |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/2000 | |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/2014 | |
| U.S. Court of Appeals for the Tenth Circuit | 07/29/2002 | |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/2012 | |