Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

***Pro Hac Vice* Petition Pending**
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant, Lincoln Life Assurance Company of Boston*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY SNOW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation; ARIA RESORT & CASINO, LLC; LEANDRE WHARTON; DOES I through V; and ROE BUSINESS ENTITIES VI through X,<br><br>Defendants. | CASE NO.: 2:22cv00405-JCM-BNW<br><br>**DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S STATEMENT REGARDING REMOVED ACTION** |

Pursuant to the Court's Order entered on March 8, 2022, Defendant Lincoln Life Assurance Company of Boston ("Lincoln") hereby files this Statement regarding its removal of Case No. A-22-847946-C from the District Court of Clark County, Nevada (the "State Action"), to the United States District Court for the District of Nevada and states as follows:

1. Lincoln was served with a copy of the Complaint in the State Action on February 15, 2022.

2. Lincoln was served with a copy of the Summons in the State Action on February 15, 2022.

3. The removal of this action is not based on diversity jurisdiction. Rather, federal question jurisdiction under 28 U.S.C. § 1331 exists, as Plaintiff seeks to resolve legal issues regarding disability benefits from an "employee welfare benefit plan" as that term is defined in 29 U.S.C. § 1002(1) of the Employee Retirement Income Security Act.

4. Lincoln's Notice of Removal to this Court was filed on March 4, 2022, which was within thirty (30) days of service of process of the summons and complaint upon the first served Defendant. Therefore, removal of this matter was timely pursuant to 28 U.S.C. § 1446.

5. The State Action was commenced on February 8, 2022, which is less than one year before Lincoln's removal to this Court.

6. At the time Lincoln filed its Notice of Removal to this Court on March 4, 2022, the court's docket in the State Action did not reflect the issuance of a summons or return of service for any other Defendant and Lincoln has not been informed otherwise since that date.

Dated this 23rd day of March 2022.

LAW OFFICE OF GEORLEN K. SPANGLER

By: */s/ Georlen Spangler*

Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant Lincoln Life Assurance Company of Boston*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of March, 2022 the foregoing **DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S STATEMENT REGARDING REMOVED ACTION** was served via electronic service and/or US Mail pursuant to NRCP 5, NEFCR 9 and EDCR 8.05 as follows:

Craig Slater, Esq.
LAW OFFICE OF CRAIG D. SLATER
8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89147
cslater@luhlaw.com
*Attorney for Plaintiff*

*/s/ Tami J. Reilly*