CRAIG SLATER, ESQ.
Nevada Bar No. 8667
cslater@luhlaw.com
**LAW OFFICE OF CRAIG D. SLATER**
8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89147
T: (702) 367-8899
F: (702) 384-8899
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| TIMOTHY SNOW, an individual<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation; DOES I through V; and ROE BUSINESS ENTITIES VI through X,<br><br>Defendants. | CASE NO.: 2:22-CV-00405-JCM-BNW<br><br>Stipulation and Order to Amend Complaint |

COMES NOW Plaintiff, TIMOTHY SNOW, by and through his counsel, CRAIG D. SLATER, ESQ. and Defendant, Lincoln Life Assurance Company of Boston, by and through its counsel, GEORLEN SPANGLER, ESQ. and IWANA RADEMAEKERS, ESQ. and hereby stipulate to allow Plaintiff to file an Amended Complaint in this matter as set forth below.

1) Plaintiff shall be entitled to file an Amended Complaint in this matter asserting a single claim for relief based on 29 U.S.C. § 1132.

2) The Amended Complaint shall remove certain Defendants who were erroneously included in the caption that have no relationship to this action (Leandre Wharton and Aria Resort & Casino, LLC).

3) As a result of the filing of the Amended Complaint, Defendant shall withdraw its Motion to

Dismiss (Document #5) currently pending before this Court.

4) Plaintiff shall have three days from the date that this Court signs this Order to file its Amended Complaint.

**IT IS SO STIPULATED.**

LAW OFFICE OF CRAIG D. SLATER

/s/ Craig D. Slater
____________________________
Craig D. Slater, Esq.
Nevada Bar No. 8667
8987 W. Flamingo Road
Las Vegas, NV 89147
(702) 367-8899
cslater@luhlaw.com
*Attorney for Plaintiff*

LAW OFFICE OF GOERLEN K. SPANGLER

/s/ Georlen K. Spangler
____________________________
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
(702) 381-5830
Spanglerlaw@outlook.com
*Attorney for Defendant*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
____________________________
Iwana Rademakers, Esq.
17304 Preston Road, Suite 800
Dallas, TX 75252
(214) 579-9313
iwana@rademaekerslaw.com
*Attorney for Defendant*
**Pro Hac Vice Petition Pending**

**ORDER**

IT IS HEREBY ORDERED, that this STIPULATION TO AMEND COMPLAINT is hereby granted.

DATED this ________ day of __________________, 2022.

____________________________________
UNITED STATES MAGISTRATE JUDGE