Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

***Pro Hac Vice* Petition Pending**
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant, Lincoln Life Assurance Company of Boston*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY SNOW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation; ARIA RESORT & CASINO, LLC; LEANDRE WHARTON; DOES I through V; and ROE BUSINESS ENTITIES VI through X,<br><br>Defendants. | CASE NO.: 2:22cv00405-JCM-BNW<br><br>**<u>JOINT STATUS REPORT</u>** |

Pursuant to the Court's Order entered on March 8, 2022, Plaintiff, Timothy Snow, and Defendant, Lincoln Life Assurance Company of Boston hereby files this Joint Status Report and states as follows:

1. Defendant removed this action to this Court on March 4, 2022, and filed a Motion to Dismiss based on ERISA preemption on March 11, 2022 (dkt 5).

2. Plaintiff filed an Amended Complaint (dkt 10) on April 7, 2022, asserting a single claim for relief based on 29 U.S.C. § 1132 and removing Defendants Leandre Wharton and Aria Resort & Casino LLC.

3. With an Amended Complaint having been filed, Defendant's Motion to Dismiss Plaintiff's Original Complaint is now moot and Defendant will respond to Plaintiff's Amended Complaint by April 21, 2022. The only other pleading pending before the Court at this time is Defendant's Petition to Practice in This Case (dkt 3) filed on March 7, 2022.

4. Statement of action required to be taken by this court: The Parties respectfully request the entry of an Order regarding Defendant's Petition for Permission to Practice (dkt 3).

Dated this 8th day of April 2022.

LAW OFFICE OF GEORLEN K. SPANGLER

By: *\/s/ Georlen Spangler*
Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant Lincoln Life Assurance Company of Boston*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April 2022, I electronically transmitted the foregoing, **JOINT STATUS REPORT** to the clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Craig Slater, Esq.
Law Office of Craig D. Slater
8987 W. Flamingo Road, Ste 100
Las Vegas, NV 89147
Email: cslater@luhlaw.com
*Attorneys for Plaintiff*

/s/ *Georlen K. Spangler*
Georlen K. Spangler