Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant, Lincoln Life Assurance Company of Boston*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY SNOW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation; DOES I through V; and ROE BUSINESS ENTITIES VI through X,<br><br>Defendants. | CASE NO.: 2:22cv00405-JCM-BNW<br><br>**DEFENDANT'S NOTICE REGARDING ITS MOTION TO DISMISS** |

Defendant, Lincoln Life Assurance Company of Boston hereby files Notice Regarding Its Motion to Dismiss and states as follows:

Defendant filed a Motion to Dismiss based on ERISA preemption on March 11, 2022 (dkt 5). However, Plaintiff filed an Amended Complaint (dkt 10) on April 7, 2022, which

renders Defendant's motion as moot. Accordingly, Defendant hereby withdraws its previously filed Motion to Dismiss (dkt 5).

Dated this 10th day of April 2022.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

*Attorneys for Defendant, Lincoln Life Assurance Company of Boston*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April 2022, I electronically transmitted the foregoing, **DEFENDANT'S NOTICE REGARDING MOTION TO DISMISS** to the clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Craig Slater, Esq.
Email: cslater@luhlaw.com
*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers