Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant, Lincoln Life Assurance Company of Boston*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY SNOW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation; DOES I through V; and ROE BUSINESS ENTITIES VI through X,<br><br>Defendants. | CASE NO.: 2:22cv00405-JCM-BNW<br><br>**AMENDED JOINT STATUS REPORT** |

Pursuant to the Court's Order entered on March 8, 2022, Plaintiff, Timothy Snow, and Defendant, Lincoln Life Assurance Company of Boston hereby file this Amended Joint Status Report and state as follows:

1. Defendant removed this action to this Court on March 4, 2022, and filed a Motion to Dismiss based on ERISA preemption on March 11, 2022 (dkt 5).

2. Plaintiff filed an Amended Complaint (dkt 10) on April 7, 2022, asserting a single claim for relief based on 29 U.S.C. § 1132 and removing Defendants Leandre Wharton and Aria Resort & Casino LLC.

3. With an Amended Complaint having been filed, Defendant's Motion to Dismiss Plaintiff's Original Complaint is now moot and Defendant will respond to Plaintiff's Amended Complaint by April 21, 2022. There are no other pleadings pending before the Court at this time.

4. Statement of action required to be taken by this court: None at this time.

Dated this 11th day of April 2022.

LAW OFFICE OF CRAIG D. SLATER

/s/ Craig D. Slater
Craig D. Slater, Nevada Bar No. 8667
8987 W. Flamingo Road
Las Vegas, NV 89147
Email: cslater@luhlaw.com
Phone: (702) 367-8899

*Attorneys for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

LAW OFFICE OF GEORLEN K. SPANGLER

/s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

*Attorneys for Defendant Lincoln Life Assurance Company of Boston*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April 2022, I electronically transmitted the foregoing, **AMENDED JOINT STATUS REPORT** to the clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Craig Slater, Esq.
Law Office of Craig D. Slater
8987 W. Flamingo Road, Ste 100
Las Vegas, NV 89147
Email: cslater@luhlaw.com
*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers