CRAIG SLATER, ESQ.
Nevada Bar No. 8667
cslater@luhlaw.com
**LAW OFFICE OF CRAIG D. SLATER**
8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89147
T: (702) 367-8899
F: (702) 384-8899
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| TIMOTHY SNOW, an individual<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation; DOES I through V; and ROE BUSINESS ENTITIES VI through X,<br><br>Defendants. | CASE NO.: 2:22-CV-00405-JCM-BNW<br><br>**JOINT DISCOVERY PLAN** |

The parties submit the following Stipulated Discovery Plan and Scheduling Order pursuant to LR 26-1(b) and FRCP 26(f). Deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day.

**1. FRCP 26(F) Conference**: Pursuant to FRCP 26(f), counsel for the parties conferred to develop a proposed discovery plan on April 25

25, 2022. The conference was held by Craig Slater of the LAW OFFICE OF CRAIG D. SLATER on behalf of Plaintiff, and Iwana Rademaekers, Esq. of LAW OFFICES OF IWANA RADEMAEKERS, P.C. on behalf of Defendant.

**2. FRCP 26(a)(1) Disclosures**: Pursuant to FRCP 26(a)(1), the parties will make their pre-

discovery disclosures, including any and all information required by FRCP 26(a)(1) on or before May 9, 2022.

**<u>3. Areas of Discovery</u>**: The parties agree that the areas of discovery should include but not be limited to, all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure

**<u>4. Discovery Plan</u>**: The parties proposed the following discovery plan:

**a. Discovery Cut Off Date [LR 26-1(b)(1)]**: Defendant's initial appearance in the matter was filed on March 11, 2022 as a Motion to Dismiss. The proposed last day of discovery is **October 18, 2022**, which is calculated as 180 days from the filing of Defendant's Answer to Amended Complaint.

**b. Amendment of Pleadings and Adding Parties [LR 26-1(b)(2)]**: The parties shall have until **July 20, 2022** to file any motion to amend the pleadings or to add parties. This is 90 days before the discovery cutoff date.

**c. FRCP 26(a)(2) Disclosures of Experts [LR26-1(b)(3)]**: Disclosures of experts shall proceed according to FRCP 26(a)(2) except that, pursuant to LR 26-1(b)(3), the initial disclosure of experts and expert reports shall occur on **August 20, 2022** which is 60 days before the proposed discovery cutoff date; and the disclosure of rebuttal experts shall occur on **September 16, 2022**, which is 30 days after the initial disclosure of experts.

**d. Interim Status Report [LR 26-3]**: The Interim Status Report is due on **August 20, 2022** which is 60 days before the discovery cutoff date.

**e. Dispositive Motions [LR 26-1(b)(4)]**: The parties shall have until **November 16, 2022** to file dispositive motions, which is 30 days after the proposed discovery cutoff date.

**f. Pre Trial Order [LR 26-1 (b)(5)]**: The joint pre-trial order shall be filed by **December 15, 2022**, which is 30 days after the date set for filing dispositive motions. If a dispositive motion is timely filed, this deadline is suspended until 30 days after the decision of the dispositive

motion or further order of the Court.

**g. Trial Readiness**: The case should be ready for trial by March 2023 and is expected to take approximately 5-7 days.

**h. Rule 26(a)(3) Disclosures [LR 26-1(b)(6)]**: Unless otherwise directed by the Court, pretrial disclosures as set out in FRCP 26(a)(3) and any objections to them shall be included in the joint pretrial order.

**i. Court Conferences**: If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

**j. Extension or Modifications of the Discovery Plan and Scheduling Order**: LR 26-4 governs modifications or extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than 21 days before the subject deadline unless good cause exists to request an extension thereafter. Any stipulation or motion to extend the discovery period must be made no later than April 21, 2020, 21 days before the discovery cutoff date unless good cause exists to request an extension thereafter.

**k. Format of Discovery**: Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the FRCP 26(f)conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

**5. Alternative Dispute Resolution and Settlement [LR 26-1(b)(7)]**: The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and if applicable, early neutral evaluation.

**6. Alternative Forms of Case Disposition [LR 26-1 (b)(7)**: The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and if applicable, early neutral evaluation.

**7. Electronic Evidence [LR 26-1(b)(9)]**: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties may present evidence in electronic format to jurors for the purposes of jury deliberations in compliance with the court's electronic jury evidence display system.

**8. Review of Local Rule 26-1(b)**: The parties certify that they have read the text of Local Rule 26-1(b), effective as amended May 1, 2016.

DATED this 25th day of April, 2022.

**LAW OFFICE OF GEORLEN K. SPANGLER**

By: */s/ Georlen Spangler*
Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant Lincoln Life Assurance Company of Boston*

**LAW OFFICE OF CRAIG D. SLATER**

s/ Craig D. Slater

CRAIG D. SLATER, ESQ.
8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89147
(702) 367-8899
*Counsel for Plaintiff*