Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant, Lincoln Life Assurance Company of Boston*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY SNOW,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation; ARIA RESORT & CASINO, LLC; LEANDRE WHARTON; DOES I through V; and ROE BUSINESS ENTITIES VI through X,<br><br>Defendants. | CASE NO.: 2:22cv00405-JCM-BNW<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order entered on March 8, 2022, Plaintiff, Timothy Snow, and Defendant, Lincoln Life Assurance Company of Boston hereby files this Joint Status Report and states as follows:

1. Defendant removed this action to this Court on March 4, 2022, and filed a Motion to Dismiss based on ERISA preemption on March 11, 2022 (dkt 5).

2. Plaintiff filed an Amended Complaint (dkt 10) on April 7, 2022, asserting a single claim for relief based on 29 U.S.C. § 1132 and removing Defendants Leandre Wharton and Aria Resort & Casino LLC.

3. Discovery Completed: Plaintiff provided his initial disclosures of documents and witnesses on May 4, 2022. Thereafter Plaintiff supplemented the initial disclosures on June 3, 2022. Plaintiff designated an expert witness in this matter on August 20, 2022. Defendant provided its initial disclosure of documents and witnesses on May 26, 2022.

4. Discovery Remaining To Be Completed: Plaintiff intends to seek depositions of the parties, Plaintiff's treating physicians, and experts. Defendant asserts that such discovery is outside the proper scope of discovery for this action, as the case will be considered by the Court based on the contents of the administrative record.

5. Proposed Schedule for Completing Discovery: the operative deadlines as set forth in the Joint Discovery Plan (#17) are sufficient to allow the parties to complete the remaining discovery.

Dated this 22nd day of August 2022.

LAW OFFICE OF CRAIG D. SLATER

/s/ Craig D. Slater
Craig D. Slater, Nevada Bar No. 8667
8987 W. Flamingo Road
Las Vegas, NV 89147
Email: cslater@luhlaw.com
Phone: (702) 367-8899

*Attorneys for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

LAW OFFICE OF GEORLEN K. SPANGLER

/s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

*Attorneys for Defendant Lincoln Life Assurance Company of Boston*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August 2022, I electronically transmitted the foregoing, **JOINT STATUS REPORT** to the clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Craig Slater, Esq.
Law Office of Craig D. Slater
8987 W. Flamingo Road, Ste 100
Las Vegas, NV 89147
Email: cslater@luhlaw.com
*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers